IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-227 |
| | ) | (ELECTRONICALLY FILED) |
| JIDE KOMOLAFE | ) | |

O R D E R

AND NOW, on this 16th day of February, 2006, upon consideration of the government's motion to dismiss the indictment and the superseding indictment, it is hereby ORDERED that said motion is GRANTED and that the indictment and superseding indictment are DISMISSED.

_____
Donetta Ambrose
Chief U.S. District Court Judge